IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

**KENDALL LESHAWN MARTIN,**
    Petitioner,                            Civil Action No. 7:12-cv-00048

v.                                                 ORDER

**UNITED STATES OF AMERICA,**        By:   Hon. Michael F. Urbanski
    Respondent.                                   United States District Judge

    For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that petitioner's petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is

**DISMISSED** without prejudice and the action is **STRICKEN** from the active docket of the

court.

    The Clerk shall send copies of this Order and the accompanying Memorandum Opinion

to petitioner.

                                          Entered:  June 1, 2012

                                          /s/ Michael F. Urbanski

                                          Michael F. Urbanski
                                          United States District Judge