IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KENDALL LESHAWN MARTIN,<br>    Petitioner, | Civil Action No. 7:12-cv-00048 |
| v. | ORDER |
| UNITED STATES OF AMERICA,<br>    Respondent. | By:   Hon. Michael F. Urbanski<br>         United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

### ORDERED

that petitioner's petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is **DISMISSED** without prejudice and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to petitioner.

Entered:  June 1, 2012

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge